IN THE

𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
𝔉𝔬𝔯 𝔗𝔥𝔢
𝔑𝔦𝔫𝔱𝔥 ℭ𝔦𝔯𝔠𝔲𝔦𝔱

**Nos. 24-7019, 24-7032, 24-7037, 24-7265, 24-7266,
24-7300, 24-7304, 24-7312**

_____

**IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**

**PERSONAL INJURY PLAINTIFFS**, *et al.*,

*Plaintiffs-Appellees,*

v.

**META PLATFORMS, INC.**, *et al.*,

*Defendants-Appellants.*

**PERSONAL INJURY PLAINTIFFS**, *et al.*,

*Plaintiffs-Appellees,*

v.

**TIKTOK LLC**, *et al.*,

*Defendants-Appellants.*

_____

**PEOPLE OF THE STATE OF CALIFORNIA**, *et al.*,

*Plaintiffs-Appellees,*

v.

**META PLATFORMS, INC.**, *et al.*,

*Defendants-Appellants.*

**On Appeal from the United States District Court
for the Northern District of California**

U.S.D.C. No. 4:22-md-03047-YGR
U.S.D.C. No. 4:23-cv-05448-YGR

**Yvonne Gonzalez Rogers, District Judge**

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS-APPELLEES' MOTIONS TO DISMISS APPEAL**

# JOINT MOTION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS-APPELLEES' MOTIONS TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure ("FRAP") 27, Defendants-Appellants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Instagram, LLC; Siculus, Inc.; TikTok Inc.; ByteDance Inc.; ByteDance Ltd.; TikTok Ltd.; and TikTok LLC ("Appellants"); and Plaintiff-Appellees the Multistate Attorney General Plaintiffs ("State AGs"), and the Personal Injury Plaintiffs and Local Government and School District Plaintiffs (together, "Personal Injury and School District Plaintiffs") in the above-captioned actions (collectively "Appellees" and, together with Appellants, the "Parties"), file this Joint Motion to Modify the Briefing Schedule on Appellees' Motions to Dismiss Appeal Nos. 24-7032, 24-7037, and 24-7312.

The State AGs filed their Motion to Dismiss Appeal No. 24-7032 in this Court on December 10, 2024. Case No. 24-7032, Dkt. 36-1 (the "State AGs' Motion"). The Personal Injury and School District Plaintiffs filed their Motion to Dismiss Appeal Nos. 24-7037 and 24-7312 in this Court on December 13, 2024. Case No. 24-7019 Dkt. 20; Case No. 24-7037, Dkt. 43 (the "Personal Injury and School District Plaintiffs' Motions" and, together with the State AGs' Motion, the "Motions"). Appellees also filed conditional notices of cross-appeals on

November 27, 2024 (the "Cross-Appeals"). Case Nos. 24-7300, 24-7265, 24-7266, and 24-7304.

Pursuant to FRAP 27(a)(3)(A), Appellants' response to the State AGs' Motion is currently due on December 20, 2024, and the State AGs' reply is currently due on December 27, 2024; Appellants' response to the Personal Injury and School District Plaintiffs' Motion is currently due on December 23, 2024, and the Personal Injury and School District Plaintiffs' reply is currently due on December 30, 2024.

To accommodate scheduling conflicts around the upcoming holidays, the Parties jointly respectfully request that:

(1) the time for Appellants to file their opposition to the Motions, and cross-motion to dismiss the Cross-Appeals, if any, shall be extended to January 10, 2025;

(2) the time for Appellees to file their reply brief(s) in support of the Motions and opposition to a cross-motion to dismiss the Cross-Appeals, if any, shall be extended to January 21, 2025; and

(3) the time for Appellants to file their reply brief(s) in support of a cross-motion to dismiss the Cross-Appeals, if any, shall be extended to January 28, 2025.

The Parties have not filed any previous request to extend the briefing schedule for the Motions.

The Parties further agree that, pursuant to Circuit Rule 27-11, the Motions shall stay the schedule for record preparation and briefing in these appeals (Nos. 24-7019, 24-7032, 24-7037, and 24-7312) and the corresponding cross appeals (Nos. 24-7265, 24-7266, 24-7300, and 24-7304), pending the Court's disposition of the Motions.

Dated: December 16, 2024     Respectfully submitted,

By:    *s/* James P. Rouhandeh
James P. Rouhandeh
rouhandeh@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys for Defendants-Appellants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Instagram LLC; and Siculus, Inc.*

By:    *s/* Paul W. Schmidt
Paul W. Schmidt
pschmidt@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

*Attorneys for Defendants-Appellants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Instagram LLC; and Siculus, Inc.*

By:     *s/* David P. Mattern
David P. Mattern
Geoffrey Drake
DMattern@kslaw.com
GDrake@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006

*Attorneys for Defendants-Appellants TikTok Inc.; ByteDance Inc.; ByteDance Ltd.; TikTok Ltd.; and TikTok LLC*

By:     *s/* Mathew P. Jasinski
Mathew P. Jasinski
Motley Rice, LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103 US
mjasinski@motleyrice.com

*Attorneys for Personal Injury and School District Plaintiffs-Appellees*

By:     *s/* Jason L. Lichtman
Jason L. Lichtman
Gabriel A. Panek
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
jlichtman@lchb.com
gpanek@lchb.com

*Attorneys for Personal Injury and School District Plaintiffs-Appellees*

By: **ROB BONTA**
Attorney General
State of California

*s/* Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (CA SBN 244395)
Emily Kalanithi (CA SBN 256972)
Supervising Deputy Attorney General
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 33642)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for the People of the State of California*

By: **PHILIP J. WEISER**
Attorney General
State of Colorado

*s/* Shannon Stevenson
Shannon Stevenson, CO Reg. No. 35542
Solicitor General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6749
Shannon.Stevenson@coag.gov

*Attorney for State of Colorado, ex rel. Philip J. Weiser, Attorney General*

By: **MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

s/ Kashif T. Chand
Kashif T. Chand (NJ Bar No. 016752008)

*Attorney for New Jersey Attorney General and the New Jersey Division of Consumer Affairs, Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Director of the New Jersey Division of Consumer Affairs*